No. 851, Misc. CLAYTON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *George J. Aspland* and *Joseph F. O'Neill* for respondent.

No. 1185, Misc. SPEARS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack,* and *Beatrice Rosenberg* for the United States.

No. 1200, Misc. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert G. Breetz* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1216, Misc. MILLER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1226, Misc. BLUNT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *James L. Highsaw, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 1261, Misc. TIPPETT *v.* SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 1270, Misc. BALLOU *v.* MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Howard M. Miller* and *David C. Hawkins,* Assistant Attorneys General, for respondents.